**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Bruce Norman Haddle | ) | Bankruptcy No. 03-31666 JKF |
| d/b/a AAA Sign Company, | ) | |
| Debtor | ) | Adversary No. 04-3349 |
| | ) | Chapter 11 |
| Bruce Norman Haddle | ) | |
| d/b/a AAA Sign Company, | ) | |
| Plaintiff | ) | |
| | ) | |
| v | ) | |
| | ) | |
| The Ohio Art Company, | ) | |
| Defendant | ) | |

**ORDER**

**And Now**, this **1st** day of **April, 2005, It Is Hereby Ordered** that:

(1) not later than **April 13, 2005,** Debtor shall file a Motion to Retain Special Counsel for this Adversary, if Debtor intends to do so;

(2) in any event, with or without special counsel, on or before **May 27, 2005,** Debtor shall file and serve a response with a brief to the Motion to Dismiss;

(3) unless the parties file a request for argument not later than **June 3, 2005,** the court will take the Motion to Dismiss under advisement as of **June 6, 2005.**

**It Is Further Ordered** that Discovery closes **July 29, 2005.** A Status Conference on the adversary is scheduled for **August 26, 2005** at **9:00 a.m.** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

Judith K. Fitzgerald
Bankruptcy Judge

The Court's Case Administrator Sent a Copy of This Order To:

Edgardo D. Santillan, Esq.
Santillan & Eisen, P.C.
650 Corporation Street, Suite 304
Beaver, PA 15009

Steven B. Silverman, Esq.
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 960
Pittsburgh, PA 15222

FILED
2005